Document 1

USCA4 Appeal: 05-4761    Doc: 2    Filed: 07/28/2005    Pg: 1 of 2

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| | | |
|---|---|---|
| Patricia S. Connor<br>Clerk | www.ca4.uscourts.gov | Telephone<br>(804) 916-2700 |

July 28, 2005

Gordon Dean Kromberg, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314

Alan Hideto Yamamoto, Esq.
643 South Washington Street
Alexandria, VA 22314

Edward Brian MacMahon Jr., Esq.
107 East Washington Street
Middleburg, VA 20118

> Re: 05-4761 US v. Ali Al-Timimi
>     CR-04-385

Dear Counsel:

This appeal was docketed on 7/28/05 pursuant to Rule 12(a) of the Federal Rules of Appellate Procedure. Docket number 05-4761 should be placed on all papers subsequently submitted to this Court.

Because appellant was represented by retained counsel at the conclusion of the district court proceedings, appellant must either pay the appellate filing and docketing fee of $255 to the clerk of the district court or file a CJA 23 Affidavit with the district court. These requirements must be met within fifteen days of the date of this letter or we will initiate the process set forth in this Court's Local Rule 45 to dismiss the appeal for want of prosecution.

Yours truly,

PATRICIA S. CONNOR
    Clerk

            /s/ Sharon A. Wiley
By: _____
    Deputy Clerk