Document 1

```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                          FILED
                                                    August 4, 2005




                              No. 05-4761
                              CR-04-385


UNITED STATES OF AMERICA

            Plaintiff - Appellee

   v.

ALI AL-TIMIMI

            Defendant - Appellant




                              ---------
                              O R D E R
                              ---------

      The Court appoints Edward B. MacMahon, Jr. Esq. as counsel for

   the appellant pursuant to the provisions of the Criminal Justice Act.



                                  For the Court - By Direction

                                  /s/  Patricia S. Connor
                                  _____
                                           CLERK


Nunc Pro Tunc Date:  7/15/05
```