Document 1

**UNITED STATES COURT OF APPEALS**
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
|---|---|---|
| Clerk | | (804) 916-2700 |

August 4, 2005

Gordon Dean Kromberg, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314


Alan Hideto Yamamoto, Esq.
643 South Washington Street
Alexandria, VA 22314


Edward Brian MacMahon Jr., Esq.
107 East Washington Street
Middleburg, VA 20118



      Re: 05-4761 US v. Ali Al-Timimi
          CR-04-385


Dear Counsel:

    The appeal was docketed in this Court on 7/28/05 pursuant to Rule 12(a) of the Federal Rules of Appellate Procedure. Docket number 05-4761 should be placed on all papers subsequently submitted to this Court. Appellants must file the docketing statement with the required attachments in the office of the clerk, within 14 days of filing of the notice of appeal.

    A briefing schedule will be established and forwarded to the parties upon receipt of certification that the record is complete or upon determination by the clerk of the court of appeals that no hearing was held, that no transcript is necessary, or that the transcript is already on file.

    The following forms are enclosed and must be completed and returned to this office within 14 days of the date of this letter:

    (1)  Counsel of record form
    (2)  Admission and Registration Forms (to anyone not listed
         on attorney roll)

    A counsel of record form should be filed by at least one attorney for each party represented by counsel. To eliminate any unnecessary paperwork, correspondence will be sent only to attorneys who file

their counsel of record form within 14 days of the date of this letter. All other attorneys' names will be removed from this appeal, and no further correspondence will be transmitted to them.

    Counsel proceeding under the Criminal Justice Act, excluding Federal Public Defenders, must attach a copy of the CJA 24 Form submitted to the District Court to this Court's copy of the transcript order. Counsel are responsible for assuring that all documents are timely filed by actual receipt in the appropriate clerk's office. Noncompliance with jurisdictional deadlines will prevent the Court from considering an appeal. Failure to meet other deadlines may result in dismissal for failure to prosecute or in imposition of sanctions. See Local Rules 45, 46(g). If you would like a file-stamped copy of your document returned to you, please include an extra copy and a self-addressed, stamped envelope.

    In order to protect personal information, parties must partially redact social security numbers, dates of birth, financial account numbers, names of minor children and (in criminal cases) home addresses in documents filed with this Court. Dockets, opinions, rules, forms, and the Court calendar can be obtained from the Court's Website, www.ca4.uscourts.gov.

    If you desire to inquire about your case by telephone, please contact me directly by dialing (804) 916-2704.

Yours truly,

PATRICIA S. CONNOR
    Clerk

/s/ Sharon A. Wiley
By: _____
    Deputy Clerk