Document 1

# UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor                    www.ca4.uscourts.gov                         Telephone
    Clerk                                                                         (804) 916-2700

                                October 25, 2005

        Elizabeth H. Paret
        Eastern District of Virginia at Alexandria
        401 Courthouse Square
        Alexandria, VA 22314

                Re: 05-4761 US v. Ali Al-Timimi
                        CR-04-385

        Dear Clerk:

            Our records indicate that the transcript was filed in this
        case on 10/21/05. Please transmit the certificate to this office as
        soon as possible. If there are problems that will delay transmission
        of the certificate, please notify me.

                                Yours truly,

                                PATRICIA S. CONNOR
                                    Clerk

                                 /s/ Sharon A. Wiley
                        By: _____
                            Deputy Clerk