Document 1

```
              UNITED STATES COURT OF APPEALS

                 FOR THE FOURTH CIRCUIT
                                                    FILED
                                             October 25, 2005


   05-4761 US v. Ali Al-Timimi


              BRIEFING ORDER - CRIMINAL CASE

  Briefs and the appendix shall be served and filed within the time
  provided in the following schedule:

       Appellant's brief/Appendix              11/29/05
                                               --------------

       Appellee's brief                        21 days after service
                                               of brief of appellant

       Reply brief (if any)                    10 calendar days after
                                               service of brief of
                                               appellee
```

If this case involves more than one appellant or appellee, or is a case consolidated for purposes of the appeal, all parties to a side shall join in a single brief, unless the Court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d).  If an attorney in a multiple appellant appeal intends to rely exclusively upon Anders v. California, counsel shall so inform the Court in writing and request leave to file a separate Anders brief.  Each side must notify the Court of the attorney who has been designated as lead counsel within 10 days of the date of this order.

All parties to a side shall share the time allowed for oral argument.  Cases are generally scheduled for oral argument on approximately 30 days' notice.  You will receive notice that your case has been tentatively calendared for a specific court session, and any motion to submit the appeal on briefs, voluntarily dismiss the appeal, continue argument to another date or seek other relief which may affect oral argument must be filed by a deadline established in the notice.

Pursuant to Local Rule 34(a), the Court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument.

Counsel are reminded that failure of the appellant to timely file a brief will cause the Court to initiate the process for dismissing a case under Local Rule 45, impose discipline pursuant to Local Rule 46(g), or both.  Failure of the appellee to timely file a brief may result in the loss of the right to be heard at oral argument and in the imposition of discipline pursuant to Local Rule 46(g).  Any motion for an extension of time to file a brief must be filed well in advance of the date the brief is due and must

set forth the additional time requested and the reasons for the request.  The Court discourages these motions, and grants extensions only when extraordinary circumstances exist.  Local Rule 31(c).

 cc:  Gordon Dean Kromberg
      Jonathan Robert Turley