Document 1

Document 1

```
              UNITED STATES COURT OF APPEALS

                    FOR THE FOURTH CIRCUIT
                                                      FILED
                                               November 3, 2005
```

```
                         No. 05-4761
                         CR-04-385
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

ALI AL-TIMIMI

        Defendant - Appellant

```
                         ------------
                         O R D E R
                         ------------
```

Appellant has filed a motion for an extension of time within which to file the appellant's brief and joint appendix. The Court extends the time until 12/13/05.

                              For the Court - By Direction

                              /s/  Patricia S. Connor
                              _____
                                          CLERK