Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
November 15, 2005


No. 05-4761
CR-04-385

UNITED STATES OF AMERICA

                Plaintiff - Appellee

   v.

ALI AL-TIMIMI

                Defendant - Appellant


------------
O R D E R
------------

Appellant has filed a motion for an extension of time within which to file the appellant's brief.

The Court extends the time until 1/17/06.


For the Court - By Direction


/s/ Patricia S. Connor
_____
CLERK