Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
December 9, 2005

No. 05-4761
CR-04-385

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALI AL-TIMIMI

    Defendant - Appellant

------------
O R D E R
------------

Appellant has filed a motion for an extension of time within which to file the appellant's brief.

The Court extends the time until 3/20/06.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK