Document 1

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor　　　　　　　　www.ca4.uscourts.gov　　　　　　　　Telephone
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(804) 916-2700

January 10, 2006

Gordon Dean Kromberg, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314


Re: 05-4761 US v. Ali Al-Timimi
    CR-04-385

Dear Counsel:

   The appellant's motion to stay the briefing schedule was filed in this office on 1/9/06. The appellee must file four copies of a response to the motion in the clerk's office on or before 1/19/06, even if there is no objection.


                              Yours truly,

                              PATRICIA S. CONNOR
                                   Clerk

                                /s/ Sharon A. Wiley
                           By: _____
                                 Deputy Clerk


cc:  Jonathan Robert Turley