Document 1

Document 2

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| --- | --- | --- |
| Clerk | | (804) 916-2700 |

January 24, 2006

Gordon Dean Kromberg, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314


Jonathan Robert Turley, Esq.
2000 H Street, NW
Washington, DC 20052



Re: 05-4761 US v. Ali Al-Timimi
    CR-04-385


Dear Counsel:

Enclosed is a copy of an order filed today in this case.


Yours truly,

PATRICIA S. CONNOR
        Clerk


     /s/ Sharon A. Wiley
By: _____
       Deputy Clerk

Enclosure(s)

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-4761
(CR-04-385)

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

versus

ALI AL-TIMIMI,

                        Defendant - Appellant.

O R D E R

Appellant has filed a motion to stay the briefing schedule pending "resolution of outstanding issues."

The Court suspends the briefing schedule pending the filing of a motion to remand. The parties shall file status reports by February 23, 2006, if a motion to remand has not been filed by that date.

                        For the Court - By Direction

                        /s/ Patricia S. Connor

                              Clerk