Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor  www.ca4.uscourts.gov  Telephone
Clerk  (804) 916-2700

February 17, 2006

Gordon Dean Kromberg, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314


Re: 05-4761 US v. Ali Al-Timimi
    CR-04-385


Dear Counsel:

   The appellant's unopposed motion to vacate and remand his appeal for further proceedings was filed in this office on 2/17/06. The government must file four copies of a response to the motion in the clerk's office on or before 3/6/06, even if there is no objection.


                            Yours truly,

                            PATRICIA S. CONNOR
                                 Clerk


                              /s/ Sharon A. Wiley
                         By: _____
                                Deputy Clerk


cc:  Jonathan Robert Turley