Document 1

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| Clerk | | (804) 916-2700 |

March 22, 2006

Gordon Dean Kromberg, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314

Jonathan Robert Turley, Esq.
2000 H Street, NW
Washington, DC 20052

    Re: 05-4761 US v. Ali Al-Timimi
        CR-04-385

Dear Counsel:

    The Court has considered the motion of the defendant to remand, filed February 17, 2006, and the government's response filed March 6, 2006. Counsel is requested to draft an order they can agree to, giving effect to the motion and the response. The proposed order should be submitted to the Court for its consideration on or before April 3, 2006.

                Yours truly,

                PATRICIA S. CONNOR
                    Clerk

                  /s/ Sharon A. Wiley
            By: _____
                  Deputy Clerk