Document 1

CORRECTED JUDGMENT  
                                    FILED: April 26, 2006

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit


No. 05-4761
CR-04-385


UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALI AL-TIMIMI

    Defendant - Appellant


--------------------
Appeal from the United States District Court for the
Eastern District of Virginia at Alexandria
--------------------

The Court hereby corrects a clerical error in its judgment of April 25, 2006. The Court's judgment, as corrected, is as follows:

In accordance with the Court's order of April 25, 2006, this appeal is vacated and the case is remanded to the district court for further proceedings consistent with that order.

A certified copy of this judgment will be provided to the district court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.


/s/ Patricia S. Connor
_____
CLERK