Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 18, 2006

No. 05-4761
CR-04-385

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALI AL-TIMIMI

    Defendant - Appellant

---------------

M A N D A T E

---------------

The judgment of this Court, entered 4/26/06, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK